ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701
rgoldstein@taxexit.com
egonzalez@taxexit.com
Attorneys for Defendants
MAX SOLIZ SR. & JUDITH SOLIZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01942-CKD |
| Plaintiff, | |
| v. | |
| MAX SOLIZ SR., JUDITH SOLIZ, SUNRUN INC., and THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, NEVADA COUNTY, CALIFORNIA | ORDER GRANTING JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS MAX MAX SOLIZ, SR. AND JUDY SOLIZ TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT TO FORECLOSE TAX LIENS |
| Defendants. | |

ORDER

This matter is before the Court on the Joint Stipulation submitted by Max Soliz, Sr. and Judith Soliz to extend the time for filing of Defendants' Response to Plaintiff United States of America's Complaint to Foreclose Federal Tax Liens. For good cause shown, it is hereby ORDERED:

1. The Motion for Extension of Time pursuant to Joint Stipulation (ECF No. 4) is GRANTED;

2. Absent any further request for time, the deadline for Defendants Soliz to file their response to Plaintiff's Complaint is enlarged to and including December 5, 2023.

**IT IS SO ORDERED**.
Dated:  September 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE