ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701
rgoldstein@taxexit.com
egonzalez@taxexit.com
Attorneys for Defendants
MAX SOLIZ SR. & JUDITH SOLIZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>MAX SOLIZ SR.,<br>JUDITH SOLIZ, SUNRUN INC., and<br>THE STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD, NEVADA<br>COUNTY, CALIFORNIA<br><br>       Defendants. | Case No. 2:23-cv-01942-CKD<br><br>ORDER GRANTING<br>JOINT STIPULATION TO FURTHER<br>EXTEND TIME FOR DEFENDANTS<br>MAX SOLIZ, SR. AND<br>JUDY SOLIZ TO FILE RESPONSE<br>TO PLAINTIFF'S COMPLAINT TO<br>FORECLOSE TAX LIENS |

ORDER

This matter is before the Court on the Motion and Joint Stipulation submitted by Max Soliz, Sr. and Judith Soliz to further extend the time for filing of Defendants' Response to Plaintiff United States of America's Complaint to Foreclose Federal Tax Liens. For good cause shown, it is hereby ORDERED:

1. Defendants' motion to extend time (ECF No. 13) is GRANTED pursuant to the parties' Joint Stipulation;

2. Absent any further request for time, the deadline for Defendants Soliz to file their response to Plaintiff's Complaint is enlarged to and including **February 5, 2024**.

/////

/////

**IT IS SO ORDERED**.

Dated: November 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE