ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street #501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701

Attorney for Defendants
MAX SOLIZ, JR. and JUDITH SOLIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAX SOLIZ, JR. and JUDITH SOLIZ, et. al.,<br><br>    Defendants. | Case No. 2:23-cv-01942-KJM-CKD<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANTS MAX SOLIZ, SR. AND JUDITH SOLIZ TO RESPOND TO INTTEROGATORIES AND DOCUMENT REQUEST<br><br>Chief Judge: Honorable Kimberly J. Mueller<br>    U.S. District Court<br>    801 I Street, Court Room 3<br>    Sacramento, CA 95814 |

ORDER

The matter is before the Court on the Administrative Motion [ECF No. 22] submitted by Defendants Max Soliz, Jr. and Judith Soliz to extend by thirty (30) days the time for Defendants Soliz to respond to the Interrogatories and Request for Production of Documents ("Discovery Requests") served by Plaintiff United States from March 25, 2024 to and including April 24, 2024.

////

////

////

1

For good cause shown, it is hereby ORDERED:

1. Defendants' motion to extend time to respond (ECF No. 22) is GRANTED;

2. Absent any further request for extension of time, the deadline for Defendants Soliz to respond is up to and including April 24, 2024.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE